GLENN DEFENSE MARINE (ASIA), PTE LTD., Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee.

No. 2011–5076.

United States Court of Appeals, Federal Circuit.

July 11, 2011.

David S. Black, Holland & Knight, LLP, McLean, VA, for Plaintiff–Appellant.

David F. D'Alessandris, Department of Justice, Washington, DC, for Defendant–Appellee.

## ORDER

A notice of withdrawal having been filed by the appellant, it is

ORDERED that the proceeding is DISMISSED with prejudice under Fed. R.App. P. 42(b). Each party shall bear its own costs.

FIRETRACE USA, LLC and Firetrace Aerospace, LLC, Plaintiffs–Appellants,

v.

Candice JESCLARD, Candice Jesclard, Personal Representative of the Estate of Lawrence Jesclard, and Hazard Protection Systems, Inc., Defendants–Appellees.

No. 2011–1374.

United States Court of Appeals, Federal Circuit.

July 11, 2011.

Shane D. Buntrock, Nathaniel Hinckley Wadsworth, Rowley Chapman Barney & Buntrock, Mesa, AZ, for Defendants–Appellees.

J. Alex Grimsley, Bryan Cave LLP, Phoenix, AZ, for Plaintiffs–Appellants.

## ON MOTION

### ORDER

Upon consideration of the parties' "Stipulation for Voluntary Dismissal of Appeal," which the court treats as a joint motion to voluntarily dismiss this appeal from *Firetrace v. Jesclard,* case no. 07–CV–2001 (D.Ariz.),

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.